IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT FITE,

      Plaintiff,                            No. CIV S 07-2572 LKK GGH P

    vs.

R.J. SUBIA, Warden,

      Defendant.                    ORDER

_____/

        Plaintiff, a state prisoner at Mule Creek State Prison, has filed a document styled "Motion for court order to release movant from custody due to prison over-crowding." No other pleadings have been filed by the plaintiff.

        Federal law opens two main avenues to relief on complaints related to imprisonment: a petition for habeas corpus, 28 U.S.C. 2254, and a complaint under the Civil Rights Act of 1871, Rev. Stat. 1979, as amended, 42 U.S.C. 1983. Challenges to the validity of any confinement or to particulars affecting its duration are the province of habeas corpus, Preiser v. Rodriguez, 411 U.S. 475, 500, 93 S.Ct. 1827, 36 L.Ed.2d 439 (1973); requests for relief turning on circumstances of confinement may be presented in a 1983 action.

Muhammad v. Close, 540 U.S.749, 750, 124 S.Ct. 1303, 1304 (2004) (per curiam).

        In this case, plaintiff appears to be seeking a remedy available only via a petition for writ of habeas corpus under 28 U.S.C. 2254, that is, release from prison custody, but based on

1

1  an allegedly unconstitutional condition of confinement, prison overcrowding, for which only an
2  action pursuant to 42 U.S.C. § 1983 is the appropriate vehicle.  Plaintiff is informed, should he
3  seek to proceed by way of a civil rights complaint that, of itself, prison overcrowding does not
4  constitute a violation of the Eighth Amendment.   Hoptowit v. Ray, 682 F.2d 1237, 1249 (9th Cir.
5  1982)("[o]vercrowding itself is not a violation of the Eighth Amendment[']" but "can, under
6  certain circumstances, result in specific effects which can form the basis for an Eighth
7  Amendment violation.")

8  　　　　　　Plaintiff will be granted thirty days from the date of service of this order to file a
9  complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil
10 Procedure, and the Local Rules of Practice OR, as petitioner, to file a petition that complies with
11 the Rules Governing Section 2254 petitions. Should plaintiff file a civil rights complaint on the
12 form to be provided, he must also submit, within thirty days from the date of this order, the
13 application to proceed in forma pauperis on the form provided by the Clerk of Court, or the filing
14 fee in the amount of $350.00.  See 28 U.S.C. §§ 1914(a), 1915(a).  Should plaintiff file a
15 petition, pursuant to 28 U.S.C. § 2254, on the form to be similarly provided, plaintiff, as
16 petitioner, must also either pay the $5.00 filing fee for filing a habeas application or file an
17 application to proceed in forma pauperis.  Once plaintiff has filed an amended complaint or a
18 petition, as appropriate, the court will determine whether this action must be re-designated as a
19 petition for writ of habeas corpus.   Plaintiff's failure to comply with this order will result in a
20 recommendation that this matter be dismissed.

21 　　　　　　In accordance with the above, IT IS HEREBY ORDERED that:

22 　　　　　1. Plaintiff's "motion," construed as a defective complaint, is dismissed with
23 leave to amend within thirty days from the date of service of this order to file an amended
24 complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil
25 Procedure, and the Local Rules of Practice; OR a petition which conforms with the Rules
26 Governing Section 2254 petitions.  The amended complaint or petition must bear the docket

1 number assigned this case.  Plaintiff shall also submit, within thirty days from the date of this
2 order, the application to proceed in forma pauperis on the form provided by the Clerk of Court,
3 or the filing fee, in the case of an amended complaint, in the amount of $350.00, or, in the case of
4 a habeas petition, in the amount of $5.00.  Plaintiff's failure to comply with this order will result
5 in a recommendation that this matter be dismissed; and

6       2. The Clerk of the Court is directed to send plaintiff the court's form for filing a
7 civil rights action, the court's form for filing a habeas petition and the application to proceed in
8 forma pauperis by a prisoner.

9 DATED: 12/19/07                                                                   /s/ Gregory G. Hollows

10                                                     GREGORY G. HOLLOWS
                                                    UNITED STATES MAGISTRATE JUDGE

13 GGH:009/cm
fite2572.noc