1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ROBERT FITE,

11              Plaintiff,                    No. CIV S-07-2572 LKK GGH P

12        vs.

13   R.J. SUBIA, Warden,

14              Defendant.                    ORDER

15   _____/

16              Plaintiff, a state prisoner proceeding pro se, has requested that this action be

17   dismissed.  Pursuant to Fed. R. Civ. P. 41(a), the action is dismissed.

18              Accordingly, the Clerk of Court shall close this case.

19   DATED: 04/29/08

20                                            /s/ Gregory G. Hollows
                                              _____
21                                            GREGORY G. HOLLOWS
                                              UNITED STATES MAGISTRATE JUDGE
22   GGH:009/mp
     fite2572.59ggh
23
24
25
26